UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 2:13-CV-00066-JES-SPC

JOE HOUSTON,

    Plaintiff,

v.

CRP II-SUNSHINE SHOPPING PLAZA, LLC

    Defendant
_____/

**STIPULATION FOR APPROVAL OF SETTLEMENT
AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE**

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to approve the Settlement Agreement entered into by the Parties and dated May 3, 2013.

Pursuant to Title III of the Americans with Disabilities Act this Court is authorized to retain jurisdiction to enforce the terms of the parties' settlement agreement to the extent it requires a public accommodation to alter a facility to make such facility readily accessible to and useable by individuals with disabilities to the extent required by Subchapter III of Chapter 126 of Title 42 of the United States Code. 42 USC' 12188 (a)(2) 2000.

Wherefore, Plaintiff and Defendant respectfully request this Court to approve the settlement agreement, retain jurisdiction to enforce the same, and Dismiss the Case with Prejudice.

CASE NO.: 2:13-CV-00066-JES-SPC

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| By: /s/ Philip Michael Cullen, III<br><br>Fla. Bar No.: 167853<br>Thomas B. Bacon, P.A.<br>621 South Federal Highway, Suite 4<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 462-0600<br>Facsimile: (954) 462-1717<br>Cullen@thomasbaconlaw.com | By: /s/ Michael T. Landen<br><br>Fla. Bar No.: 161144<br>Kluger, Kaplan, Silverman, Katzen & Levine, P.L.<br>201 South Biscayne Blvd., 17th Floor<br>Miami, Florida 33131<br>Telephone: (305) 379-9000<br>Facsimile: (305) 379-3428 |